UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**Jessica Jenoyde Williams**

Plaintiffs

v.

**Markwayne Mullin**, acting Secretary of Homeland Security; **Joseph B. Edlow**, Director, U.S. Citizenship and Immigration Services; **Cindy Gomez**, Director USCIS New Orleans Field office,

Defendants

Case No. 26-cv-01485

**ORDER ON PETITIONER'S MOTION TO DISMISS WITHOUT PREJUDICE**

After reviewing the Petitioner's Motion to Dismiss Without Prejudice, is hereby ORDERED, ADJUDGED AND DECREED that the present case be dismissed without prejudice.

**IT IS SO ORDERED.**

New Orleans, Louisiana, this 21st day of September, 2026.

Sarah Vance

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE